UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J BUCKNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUY N DANILOWITZ, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1503 KJN P<br><br><br>ORDER |

      Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

////

1  of Court, and a certified copy of the inmate trust account statement for the six month period
2  immediately preceding the filing of the complaint;
3      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
4  Forma Pauperis By a Prisoner; and
5      3. Plaintiff's failure to comply with this order will result in a recommendation that this
6  action be dismissed without prejudice.
7  Dated: August 1, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/buck1503.3c+.new