UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J. BUCKNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUY N. DANILOWITZ, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1503 TLN KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a former county jail inmate, now housed in state prison. By an order filed August 1, 2023, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his county jail inmate trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

　　　In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
2  failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated:  September 21, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/buck1503.fifp